BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
1023 H Street, Suite B5
Sacramento, CA 95814
Telephone: (916) 448-8600
Facsimile: (916) 448-8605

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NORA GLENN** | Case No. CIV-07-637 GGH |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| **Defendant.** | |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from December 10, 2007 to January 25, 2008.  This is plaintiff's first request for an extension and is required due to plaintiff's counsel's very heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: December 3, 2007 | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: December 3, 2007 | McGregor W. Scott<br>United States Attorney |
| | /s/ Theophous Reagans<br>THEOPHOUS REAGANS<br>Special Assistant U.S. Attorney<br>Social Security Administration |
| | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: 12/5/07                          /s/ Gregory G. Hollows
                                        _____
                                        GREGORY G. HOLLOWS
                                        U.S. MAGISTRATE JUDGE

glenn.eot