McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney

 333 Market Street, Suite 1500
 San Francisco, California 94105
 Telephone: (415) 977-8978
 Facsimile: (415) 744-0134
 E-Mail: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| NORA GLENN, ) | CIVIL NO. 2:07-CIV-07-637 GGH |
|  Plaintiff, ) | |
|   v. ) | STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
|  Defendant. ) | |

  IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the EAJA in the amount of SIX THOUSAND ONE HUNDRED AND FIFTY dollars and ZERO cents ($6,150.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

  This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of SIX THOUSAND ONE HUNDRED AND FIFTY dollars and ZERO cents ($6,150.00) in EAJA attorney fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA

fees in connection with this action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Dated: November 7, 2008         By: /s/ Bess M. Brewer
                                    *(As authorized via email on 11/07/08)*
                                    BESS M. BREWER
                                    Attorney for Plaintiff

                                    McGREGOR W. SCOTT
                                    United States Attorney
                                    LUCILLE GONZALES MEIS
                                    Regional Chief Counsel, Region IX

Dated: November 7, 2008         By: /s/ Theophous H. Reagans
                                    THEOPHOUS H. REAGANS
                                    Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 21, 2008

                                /s/ Gregory G. Hollows
                                _____
                                UNITED STATES MAGISTRATE JUDGE

glenn.af

2